IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL CLUNIE-HASKINS and | : | |
| TIVARA GRANT, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE FARM FIRE & | : | |
| CASUALTY COMPANY, | : | No. 11-6283 |
| Defendant. | : | |

## ORDER

AND NOW, this **2nd** day of **March, 2012**, upon consideration of Defendant's Motion for Summary Judgment, Plaintiffs' response thereto, Defendant's reply thereon, and for the reasons stated in the Court's Memorandum dated March 2, 2012, it is hereby **ORDERED** that:

1. The motion (Document No. 18) is **GRANTED**.

2. Defendant's Motion to Dismiss (Document No. 3) is **DENIED as moot**.

3. Judgment is entered in favor of Defendant and against Plaintiff.

4. The Clerk of the Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**